```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION

GLORIA J. OKOLIE                  §
                                  §
VS.                               §   ACTION NO.4:07-CV-485-Y
                                  §
MICHAEL J. ASTRUE, COMMISSIONER   §
OF SOCIAL SECURITY                §
```

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On March 28, 2008, the United States Magistrate Judge issued his findings, conclusions, and recommendation in this case ("the findings"). In the findings, the magistrate judge recommended that the decision of the Commissioner of the Social Security Administration of the United States ("the Commissioner") denying Plaintiff's claims for disability insurance benefits be affirmed. The magistrate judge's order gave all parties until April 18 to serve and file with the Court written objections to his proposed findings.

Plaintiff filed her objections, asking this Court to reject the findings of the magistrate judge and remand the case to the Commissioner for consideration of new evidence that was not considered previously. The commissioner did not file a response.

After reviewing the findings, record, case law, and Plaintiff's objections, the Court finds that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court for the reasons stated therein.

Therefore, it is ORDERED that the Commissioner's decision is AFFIRMED.

SIGNED May 2, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE